JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Leah A Chaney ;
**County of Residence:** Jackson County

### Defendant(s):
First Listed Defendant:
A. Zerega's Sons, Inc. ;
**County of Residence:** Outside This District

Additional Defendants(s):
A. Zerega's Sons, Inc. - LS Redevelopment Corp.;
Greg Hitchcock ;
Kelly Easley ;

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):
Jeffrey Gedbaw (Leah Chaney)
Gedbaw Law Firm
618 SE 4th Street, Suite 204
Lee's Summit, Missouri 64063
**Phone:** 816-379-5329
**Fax:** 816-272-5967
**Email:** jgedbaw@gedbawlawfirm.com

Paul Evans (Leah Chaney)

1114 W. Main Street
Blue Springs, Missouri 64015
**Phone:** 816-224-9500
**Fax:** 816-224-9503
**Email:** attorneypaulevans@gmail.com

### Defendant's Attorney(s):
Samantha Monsees ( A. Zerega's Sons, Inc.)
Fisher & Phillips LLP
4900 Main Street, Suite 650
Kansas City, Missouri 64112
**Phone:** 816-842-8770
**Fax:** 816-842-8767
**Email:** smonsees@fisherphillips.com

James R Holland, II (Kelly Easley)
Fisher & Phillips.com
4900 Main Street, Suite 650
Kansas City, Missouri 64112
**Phone:** 816-842-8770
**Fax:** 816-842-8767
**Email:** jholland@fisherphillips.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

Exhibit 1

**Origin:** 2. Removed From State Court
    **State Removal County:** Jackson County
    **State Removal Case Number:** 1716-cv20494
**Nature of Suit:** 790 Other Labor Actions
**Cause of Action:** 28 U.S.C 1441
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** _____
**Date:** 10/4/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.